UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| FORREST WALKER,<br><br>     Plaintiff,<br><br>  -v-<br><br>ADVANCED AIR AND REFRIGERATION, INC., and WILLIAM BLAZE,<br><br>     Defendants. | CIVIL ACTION NO. |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants Advanced Air and Refrigeration, Inc. ("Advanced Air") and William Blaze, ("Defendants"), by and through their undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and Rule 81(c) of the Federal Rules of Civil Procedure, remove this action filed in the Circuit Court of the 20th Judicial Circuit in and for Lee County, Florida, Case No. 22-CA-002534, with full reservation of rights, exceptions, and defenses, and in support thereof state:

### I.    BACKGROUND

1.    On or about June 14, 2022, Plaintiff Forrest Walker ("Plaintiff") commenced this action in the Circuit Court of the 20th Judicial Circuit, in and for Lee County, Florida, entitled *Forrest Walker v. Allied Air Services, LLC and Dennis Ball,* by filing a Complaint against Allied Air Services, LLC and Dennis Ball (the "Complaint"), which was designated Case No. 22-CA-002534.  The next day, on June 15, 2022, Plaintiff amended his Complaint to drop Allied Air Services, LLC and Dennis Ball as defendants and add Advanced Air and

William Blaze as defendants ("First Amended Complaint").  The Summonses and First Amended Complaint were served on Advanced Air and William Blaze ("Defendants") on June 20, 2022.  (See attached Exhibits.)

2. In the First Amended Complaint, Plaintiff seeks damages exceeding $30,000, excluding attorneys' fees or costs, pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219, for alleged unpaid minimum wages and for alleged retaliation.  (See First Amended Complaint, ¶¶ 1, 32.)

3. Plaintiff's First Amended Complaint is removable based on federal question jurisdiction, in that the claims are brought under the federal Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

4. Defendants attach hereto and make a part of this notice a copy of the process, pleadings, and other papers filed in the 20th Judicial Circuit of the State of Florida in and for Lee County, together with a docket sheet from the Clerk of the Court.  (See attached exhibits.)

5. Defendants reserve the right to raise all defenses and objections in this action after it is removed to this Court.

## II. PROCEDURAL REQUIREMENTS

6. On June 20, 2022, Defendants were served with a Summons and the First Amended Complaint by process service.

7. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which the summons was served on Defendants.

8. Venue exists in the United States District Court for the Middle District of

Florida because the Circuit Court of the 20th Judicial Circuit, in and for Lee County, Florida, where the State Court Action was filed, is embraced by this judicial district and division. The case is therefore properly removed to this Court under 28 U.S.C. § 1441(a).

9. No further proceedings have been had in state court. No previous application has been made for the relief requested herein.

### III. BASIS FOR REMOVAL

This civil action falls under the Court's original jurisdiction as per 28 U.S.C. § 1331 (federal question) due to all of the claims being brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

WHEREFORE, Defendants respectfully submit this Notice of Removal to remove this action from Circuit Court of the Twentieth Judicial Circuit Court in and for Lee County, Florida to the United States District Court, Middle District of Florida, Fort Myers Division.

Respectfully submitted this the 8th day of July, 2022.

    Respectfully submitted,

/s/ *Scott E. Atwood*
Scott E. Atwood, Esquire
Florida Bar No. 0060331
Henderson Franklin Starnes & Holt, P.A.
1715 Monroe Street
Post Office Box 280
Fort Myers, FL 33902-0280
Telephone (239) 344-1100
Facsimile (239) 344-1200
scott.atwood@henlaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      This is to certify that on July 8, 2022, a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Scott E. Atwood
      Scott E. Atwood
      Florida Bar No. 0060331